# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
### Orlando Division

IN RE:

    **Edward Hartman**

    **Dina Marie Hartman**

                  **Debtors**

Case No:      **6:10-bk-06104-KSJ**

Chapter 13

## Order Granting Trustee's Motion to Dismiss for Failure to Maintain Plan Payments

THIS CASE came on for consideration upon the Trustee's Motion to Dismiss Case for Failure to Maintain Timely Payments (Document No. 52). The Court, having found that the Debtors failed to become current under the Motion, finds that this case should be dismissed. Accordingly, it is hereby

ORDERED AND ADJUDGED AS FOLLOWS:

1. The Motion to Dismiss is granted and this case is dismissed.

2. The automatic stay imposed by 11 U.S.C. Section 362 is terminated.

3. Of the Debtors' $13.47 balance in the Trustee's trust account, administrative expenses shall be disbursed as follows: $0.00 to the Clerk of the Bankruptcy Court for unpaid filing fees, $0.00 to secured creditors provided for in the Debtors' current plan, $0.00 attorney fees provided for in the Debtors' current plan, $0.00 to administrative creditors provided for in the Debtors' current plan and $0.00 to the Trustee. The balance of $13.47 shall be turned over to the Debtors.

4. The effective date of this order is delayed fourteen (14) days to permit the Debtors to file a Notice of Conversion, along with the $25.00 trustee surcharge required by the Bankruptcy Court Fee Schedule.

DONE and ORDERED in Orlando, Florida, this 22nd day of January, 2013

_____

Karen S. Jennemann
Chief United States Bankruptcy Judge

Copies to:
All Creditors and Interested Parties